UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAQUAN CHARMAIN XAVIER SMITH,
    Plaintiff,

vs.                              Case No.:  3:22cv06209/LAC/ZCB

ESCAMBIA COUNTY CORRECTIONAL FACILITY,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983.  (Doc. 1).  On May 16, 2022, the Court denied Plaintiff's Motion for Leave to proceed *in forma pauperis* (IFP) for failure to provide the requisite documentation and ordered Plaintiff to either pay the $402.00 filing fee or file a properly completed IFP motion within thirty days.  (Doc. 4).  The Court directed the Clerk of Court to send Plaintiff the correct set of IFP forms and notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case.  (*Id.*).

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed.  Therefore, on June 30, 2022, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court.  (Doc. 6).  The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the

case. (*Id.*).[1] The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

At Pensacola, Florida, this 25th day of August 2022.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] The Court sent the order to Plaintiff at his record address, the Escambia County Jail. On July 12, 2022, the jail returned the order to the Court with an indication Plaintiff was released. (*See* Doc. 7). The Clerk of Court located Plaintiff on the Florida Department of Corrections' inmate locator and forwarded the order and IFP forms to the address listed on that website. (*See id.*). The Clerk of Court subsequently learned that Plaintiff was incarcerated at the Santa Rosa County Jail, and the Clerk then forwarded the documents to that address. (Doc. 8).